# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BINDER, CHARLES E. | UNITED STATES DISTRICT COURT | 11/02/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| PART TIME RECALLED US MAGISTRATE JUDGE | ☐ Nomination Date ☐ Initial ☐ Annual ☑ Final  5b. ☐ Amended Report | 01/01/2015 to 09/30/2015 |

**7. Chambers or Office Address**

2080 REPPUHN DR.
BAY CITY, MI 48707

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary | Wings of Mercy East Michigan (Non-Profit Organization) |
| 2. | Vice-President | Valley Aero Club (Non-Profit Organization) |
| 3. | Bay Area Community Foundation--Clements Airport Foundation | Board of Directors |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 10/29/84 | CHARLES BINDER-JAMES KENT: Provides for payment of $2,039 covering his purchase of my share of office equipment & books shared by us in our separate practices. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BINDER, CHARLES E. | 11/02/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BINDER, CHARLES E. | 11/02/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BINDER, CHARLES E. | 11/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA'S | | | | | | | | | |
| 2. Columbia Acorn Fund | C | Dividend | M | T | | | | | |
| 3. Nicholas Fund (Spouse) | B | Dividend | K | T | | | | | |
| 4. | | | | T | Sold (part) | 01/10/15 | J | A | |
| 5. | | | | T | Sold (part) | 02/10/15 | J | A | |
| 6. | | | | T | Sold (part) | 03/10/15 | J | A | |
| 7. | | | | T | Sold (part) | 04/10/15 | J | A | |
| 8. | | | | T | Sold (part) | 05/10/15 | J | A | |
| 9. | | | | T | Sold (part) | 06/10/15 | J | A | |
| 10. | | | | T | Sold (part) | 07/10/15 | J | A | |
| 11. | | | | T | Sold (part) | 08/12/15 | J | A | |
| 12. | | | | T | Sold (part) | 09/10/15 | J | A | |
| 13. American Century-Ultra | A | Dividend | K | T | | | | | |
| 14. | | | | | | | | | |
| 15. MUTUAL FUNDS | | | | | | | | | |
| 16. Acorn Fund | C | Dividend | M | T | | | | | |
| 17. Baron Asset | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BINDER, CHARLES E. | 11/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Janus Fund | A | Dividend | J | T | | | | | |
| 19. SIT U.S. Govt. Sec | A | Dividend | L | T | | | | | |
| 20. | | | | T | Buy (add'l) | 01/30/15 | J | | |
| 21. | | | | T | Buy (add'l) | 02/27/15 | J | | |
| 22. | | | | T | Buy (add'l) | 03/31/15 | J | | |
| 23. | | | | T | Buy (add'l) | 04/30/15 | J | | |
| 24. | | | | T | Buy (add'l) | 05/29/15 | J | | |
| 25. | | | | T | Buy (add'l) | 06/12/15 | L | | See Part VIII |
| 26. | | | | T | Buy (add'l) | 07/31/15 | J | | |
| 27. | | | | T | Buy (add'l) | 08/31/15 | J | | |
| 28. | | | | T | Buy (add'l) | 09/30/15 | J | | |
| 29. American Century-Ultra | A | Dividend | J | T | | | | | |
| 30. RBC Enterprise Fund | A | Dividend | J | T | | | | | |
| 31. RBC Microcap Fund | A | Dividend | J | T | | | | | |
| 32. | | | | | | | | | |
| 33. STOCKS HELD IN INDIVIDL NAMES | | | | | | | | | |
| 34. Exxon-Mobil | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BINDER, CHARLES E. | 11/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Walt Disney | A | Dividend | L | T | | | | | |
| 36. Technitrol | A | Dividend | J | T | | | | | |
| 37. Citidel Broadcasting Corp. | A | Dividend | J | T | Spinoff (from line 35) | | | | See Part VIII. |
| 38. ASSETS HELD IN BROKERAGE FIRMS Edward D. Jones | | | | | | | | | |
| 39. Includes the Following Individual Stocks: | | | | | | | | | |
| 40. Atlantic Richfield (BP Amoco) | A | Dividend | J | T | | | | | |
| 41. General Electric | A | Dividend | K | T | | | | | |
| 42. Proctor & Gamble | B | Dividend | L | T | | | | | |
| 43. | | | | | | | | | |
| 44. OTHER ASSETS | | | | | | | | | |
| 45. Fidelity Mich. High-Yield | A | Dividend | L | T | Buy (add'l) | 01/14/15 | J | | |
| 46. | | | | | Buy (add'l) | 02/12/15 | J | | |
| 47. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 48. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 49. | | | | | Sold (part) | 04/23/15 | J | A | |
| 50. | | | | | Sold (part) | 04/30/15 | J | A | |
| 51. | | | | | Buy (add'l) | 05/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BINDER, CHARLES E. | 11/02/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/05/15 | J | | |
| 53. | | | | | Buy (add'l) | 06/08/15 | K | | See Part VIII. |
| 54. | | | | | Sold (part) | 06/09/15 | J | A | |
| 55. | | | | | Sold (part) | 06/10/15 | J | A | |
| 56. | | | | | Buy (add'l) | 06/12/15 | J | | |
| 57. | | | | | Buy (add'l) | 07/14/15 | J | | |
| 58. | | | | | Buy (add'l) | 08/12/15 | J | | |
| 59. | | | | | Sold (part) | 09/09/15 | J | A | |
| 60. | | | | | Buy (add'l) | 09/14/15 | J | | |
| 61. TIAA/CREF CREF Stock-R2 (Spouse) | A | Dividend | J | T | Sold (part) | 05/08/15 | J | A | |
| 62. TIAA-CREF CREF Global Equities-R2 (Spouse) | A | Dividend | J | T | Sold (part) | 05/08/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BINDER, CHARLES E. | 11/02/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 37: This asset is a spinoff of Line 35 via a transaction completed June 2, 2007.

Lines 25 and 53:  Proceeds from the settlement of Beer v United States.

| Name of Person Reporting | Date of Report |
|---|---|
| BINDER, CHARLES E. | 11/02/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CHARLES E. BINDER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544